FILED

SEP 2 3 2005

CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. **05-30133-DRH** |
| **TALIA PITTMAN,** | ) ) ) |
| Defendant. | ) ) |

### ORDER

**PROUD, Magistrate Judge:**

In connection with her detention hearing, defendant has represented to the Court that she is pregnant. In order to verify same, and with defendant's consent, the Court hereby **ORDERS** Eric Ivers, director of the Arms of Love Clinic, Alton, Illinois, to produce the results of a pregnancy test performed on Talia Pittman, d/o/b May 6, 1975, on or about September 19, 2005.

The record shall be immediately faxed to Judge Proud's chambers at 618/482-9010.

**IT IS SO ORDERED.**

DATE: September 23, 2005.

CLIFFORD J. PROUD
**UNITED STATES MAGISTRATE JUDGE**