IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. **05-30133-DRH** |
| ) | |
| **TALIA PITTMAN,** ) | |
| ) | |
| Defendant. ) | |

### O R D E R

**PROUD, Magistrate Judge**:

The Court has reviewed the conditions of defendant's bond, and finds it appropriate to require confirmation of defendant's pregnancy. Therefore, the Court orders that the conditions of defendant's bond are amended to add the following:

Defendant Talia Pittman shall submit to a pregnancy test as directed by the U.S. Probation Office, and the results thereof shall be reported to the Court forthwith.

**IT IS SO ORDERED.**

**DATE:  October 17, 2005.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**